IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,

        Petitioner,

  v.

J. BROWN,

        Respondent.
                                     /

No. C 04-04213 CW (PR)

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Objections to the Discovery Order (docket no. 19), Respondent's Response to Petitioner's Objections (docket no. 20), Petitioner's Supplement to the Records; Request for Additional Discovery (docket no. 21), Respondent's Objections to Petitioner's Request for Further Discovery (docket no. 23), Petitioner's Response to Respondent's Objection (docket no. 26), Petitioner's Motion for Expansion of the Record (docket 27) and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

Dated: 5/30/07

                                              CLAUDIA WILKEN
                                              United States District Judge

cc: Wings; Assigned M/J

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIEBB,

        Plaintiff,

v.

BROWN et al,

        Defendant.

Case Number: CV04-04213 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denise Alayne Yates
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Stephen Liebb C-60825
San Quentin State Prison
San Quentin, CA 94974

Dated: May 30, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk