UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB, | No. C 04-4213 CW (JL) |
| Plaintiffs, | |
| v. | ORDER |
| JILL BROWN, WARDEN, | |
| Defendant. _____ / | |

All discovery in this case has been referred by the district court (Hon. Claudia Wilken) pursuant to 28 U.S.C. §636(b) and Civil Local Rule 72. Plaintiff filed a number of discovery motions. (Docket #s 19, 20, 21, 23, 26 and 27.

This Court examined the moving papers and concludes that the motions can be resolved without oral argument, as provided by Civil Local Rule 7-10(b). Accordingly, the hearing previously set for July 25 is hereby vacated.

IT IS SO ORDERED.

DATED: June 13, 2007

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\04-4213\no hearing 19-27.wpd