**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10
11    STEPHEN LIEBB,                              No. C 04-4213 CW (JL)

12            Plaintiffs,

13        v.                                      ORDER

14    JILL BROWN, WARDEN,

15            Defendant.
                                          /
16

17        All discovery in this case has been referred by the district court (Hon. Claudia

18    Wilken) pursuant to 28 U.S.C. §636(b) and Civil Local Rule 72.  Petitioner and Respondent

19    filed a number of discovery motions. (Docket #s 19, 20, 21, 23, 24, 26, 27, and 28).

20        This Court examined the moving papers and instructs the Petitioner and Respondent

21    to file all future pleadings according to the Civil Local Rule 3-4(a-d) for Papers Presented

22    for Filing.  All future pleadings that deviate from the Civil Local Rule 3-4(a-d) may be

23    rejected at filing.

24        IT IS SO ORDERED.

25
26    DATED: June 20, 2007

27                                          _____
                                            JAMES LARSON
28                                          Chief Magistrate Judge


C - 04 - 4213 CW (JL) Order                                           Page 1 of 1