FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB,<br><br>    Petitioner,<br><br>v.<br><br>JILL BROWN, Warden San Quentin State Prison<br><br>    Respondent. | No. C 04-4213 CW<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR JUDICIAL NOTICE AND EXPANSION OF THE RECORD |

On October 1, 2007, Petitioner filed a request for judicial notice and expansion of the record. For good cause appearing, the Court GRANTS this request.

IT IS SO ORDERED.

Dated: NOV 0 6 2007

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LIEBB,

        Plaintiff,

v.

BROWN et al,

        Defendant.

Case Number: CV04-04213 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Liebb C-60825
San Quentin State Prison
San Quentin, CA 94974

Dated: November 7, 2007

Richard W. Wieking, Clerk
By: Clara Pierce, Deputy Clerk