IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB,<br><br>   Petitioner,<br><br> v.<br><br>VINCE CULLEN, Acting Warden,<br><br>   Respondent.<br>_____/ | No. 04-04213 CW<br><br>ORDER GRANTING,<br>IN PART,<br>CERTIFICATE OF<br>APPEALABILITY |

  Petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2254, challenging as a violation of his due process rights a denial of parole by the California Board of Parole Hearings (Board).  On May 12, 2008, the Court entered judgment denying the petition.  Petitioner has appealed and the Ninth Circuit has remanded for this Court to determine whether to issue a certificate of appealability.

  A habeas petitioner may not appeal a final order in a federal habeas proceeding without first obtaining a certificate of appealability (formerly known as a "certificate of probable cause to appeal").  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); Hayward v. Marshall, 2010 WL 1664977, at *5 (9th Cir. Apr. 22, 2010) (en banc) (holding certificate of appealability required in habeas cases challenging denial of parole).  A certificate of

appealability should be granted "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must indicate which issue or issues satisfy the showing required by § 2253(c)(2). 28 U.S.C. § 2253(c)(3).

    The Court finds that Petitioner has made a sufficient showing of the denial of a constitutional right in regard to the claim that his due process rights were violated by the denial of parole by the Board but has not made such a showing in regard to his due process claim based on the sentencing matrix. The Court notes that it granted Petitioner's petition for writ of habeas corpus addressing a later denial of parole by the Board in case number C 08-2643 CW. The judgment granting the petition has been appealed by Respondent.

CONCLUSION

    Accordingly, the Court grants, in part, a certificate of appealability to Petitioner.

    IT IS SO ORDERED.

Dated: May 28, 2010

_____
CLAUDIA WILKEN
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LIEBB,

        Plaintiff,

  v.

BROWN et al,

        Defendant.

Case Number: CV04-04213 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Liebb C-60825
San Quentin State Prison
San Quentin, CA 94974

Dated: May 28, 2010

Richard W. Winking, Clerk
By: Ronnie Hersler, Administrative Law Clerk

3