IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB,<br><br>      Petitioner,<br><br>  v.<br><br>VINCE CULLEN, Acting Warden,<br><br>      Respondent.<br>_____/ | No. 04-4213 CW<br><br>ORDER OF REFERRAL TO OFFICE OF THE FEDERAL PUBLIC DEFENDER TO LOCATE COUNSEL TO REPRESENT PETITIONER ON APPEAL |

    On May 12, 2008, judgment was entered denying this petition for a writ of habeas corpus challenging the denial of parole. Petitioner appealed and, on August 3, 2010, the Ninth Circuit Court of Appeals issued an order granting Petitioner's motion for the appointment of counsel on appeal.  The Ninth Circuit ordered that the appointing authority for this Court locate appointed counsel and send notification of the name, address and telephone number of appointed counsel to the Clerk of the Ninth Circuit at counselappointment@ca9.uscourts.gov within fourteen days of locating counsel.

    Therefore, this matter is referred to the Office of the Federal Public Defender which shall locate counsel to represent Petitioner on appeal as specified in the August 3, 2010 Order of the Ninth Circuit Court of Appeals.  The Federal Public Defender

shall determine whether James J. Brosnahan of Morrison and Foerster is available to accept the appointment because he has represented Petitioner on other petitions.  Within fourteen days of the date of this Order, the Office of the Federal Public Defender shall notify this Court and the Clerk of the Ninth Circuit counsel's name, address and telephone number.

IT IS SO ORDERED.

Dated: August 6, 2010

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN LIEBB,

        Petitioner,

v.

VINCE CULLEN, Acting Warden,

        Respondent.
_____/

Case Number: CV04-04213 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Liebb C-60825
San Quentin State Prison
San Quentin, CA 94974

Dated: August 6, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Adm. Law Clerk

3