IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LIEBB, | No. C 04-4213 CW PR |
|       Petitioner, | ORDER APPOINTING JAMES BROSNAHAN TO |
|   v. | REPRESENT PETITIONER ON APPEAL |
| VINCE CULLEN, Acting Warden, | |
|       Respondent. / | |

    On May 12, 2008, judgment was entered denying this petition for a writ of habeas corpus challenging the Board of Parole Hearings' July 17, 2003 denial of parole.  Petitioner appealed and, on August 3, 2010, the Ninth Circuit Court of Appeals issued an order granting Petitioner's motion for the appointment of counsel on appeal and requested that the appointing authority for the Northern District of California locate counsel.

    The Court appoints James Brosnahan, Esq. to represent Petitioner on appeal under the Criminal Justice Act.  Mr. Brosnahan has represented Petitioner in two other cases before this Court, namely <u>Liebb v. Woodford</u>, C 01-2087 JCS, a civil rights action that

was settled before trial, and <u>Liebb v. Ayers</u>, C 08-2643 CW, a habeas petition challenging the Board of Parole Hearings' September 27, 2007 denial of parole, which was granted by this Court and is now on appeal in the Ninth Circuit.  Therefore, Mr. Brosnahan is familiar with the facts relevant to this habeas petition.  He has graciously agreed to accept an appointment to represent Petitioner on this appeal.

    Accordingly, the Court appoints James Brosnahan, Esq. to represent Petitioner on appeal of this petition.  The Federal Public Defender's office shall prepare the documents necessary for payment under the Criminal Justice Act.

    IT IS SO ORDERED.

Dated: September 3, 2010

                                          CLAUDIA WILKEN
                                          United States District Judge